```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22986
     SERVET DAGOGLU
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
     SSN XXX-XX-6001
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/09/05 and confirmed on 09/09/05.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 18315.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 13972.37 | .00 | 3504.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5423.47 | .00 | 1356.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7268.65 | .00 | 1818.04 |
| SMC | UNSECURED | 140.60 | .00 | 34.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5522.84 | .00 | 1381.59 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10758.40 | .00 | 2685.52 |
| DISCOVER BANK | UNSECURED | 2743.32 | .00 | 685.54 |
| FIA CARD SERVICES | UNSECURED | 6685.42 | .00 | 1672.91 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3847.72 | .00 | 962.99 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6041.74 | .00 | 1511.54 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7630.76 | .00 | 1913.95 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 70035.29 | .00 | 70035.29 |
| PRINCIPAL PAID | .00 | .00 | 17527.50 | .00 | 17527.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 17527.50 | .00 | 17527.50 |

The Debtor's attorney, STUART B HANDELMAN           , was allowed $   2200.00
and was paid $   2200.00   direct and $      .00  through the plan.

The Trustee received $    787.50 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/13/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```